UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID CROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:06CV1256-DJS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on January 9, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #14] is accepted and adopted.

Dated this  11th  day of February, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE